# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2064
_____

WAN KYU PARK,

    Petitioner,

v.

FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

November 4, 2024

PER CURIAM.

    DISMISSED.

M.K. THOMAS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David R. Osborne of Goldstein Law Partners, LLC, Jacksonville, for Petitioner.

Lisa Scoles, Office of the General Counsel, Tallahassee, for Respondent.